**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

RODNEY J. MOODY                                                                  PLAINTIFF

vs.                                     CIVIL ACTION NO. 3:13-CV-750 HTW-JCG

MARK QUARLES AND
MARTY WILLIAMS                                             DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge John C. Gargiulo and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 12] is hereby adopted as the order of this court and the court hereby dismisses the plaintiff's complaint with prejudice.

**SO ORDERED AND ADJUDGED, this the 26th day of February, 2015.**

                                                     s/ HENRY T. WINGATE
                                                     UNITED STATES DISTRICT JUDGE